**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Cherry Operating LLC                                CASE NO.: 20–10948–jlg

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 11
46–2179616

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable James L. Garrity Jr. in this Chapter 11 case.

Cherry Operating LLC was dismissed from the case on June 5, 2020 .

Dated: June 5, 2020                                Vito Genna
                                                   Clerk of the Court

```
                            United States Bankruptcy Court
                            Southern District of New York
In re:                                                                Case No. 20-10948-jlg
Cherry Operating LLC                                                  Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0208-1           User:                    Page 1 of 1              Date Rcvd: Jun 05, 2020
                               Form ID: 131             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.

```
db              +Cherry Operating LLC,    250 West 26th Street,    Second Floor,    New York, NY 10001-6737
smg              N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY   12201-0551
smg              New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                   Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY   11201-3719
smg             +United States Attorney's Office,    Southern District of New York,
                   Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7705586          Alan Oppenheimer, VP, Acquisitions,    Extell Development Company,    805 3rd Ave,
                   New York, NY 10022-7513
7715383         +Bennette Kramer,    Schlam Stone & Dolan LLP,    26 Broadway, Floor 19,
                   New York, New York 10004,    bkramer@schlamstone.com 10004-1831
7705588          CPS Fee Company LLC,    c/o Extell Development Co.,    805 3rd Ave Fl 7,
                   New York, NY 10022-7586
7705587          Commonwealth Land Title Ins. Co.,    685 3rd Ave Fl 20,    New York, NY 10017-4137
7705589          F. Roy Schoenberg,    175 Sullivan St Apt 7A,    New York, NY 10012-2596
7705590          Leo Salzman, Esq.,    2116 Avenue J,    Brooklyn, NY 11210-3626
7705591          Lisa Haines, Esq.,    Polsinelli P.C.,    900 W 48th Pl Ste 900,    Kansas City, MO 64112-1899
7715484         +SCHLAM STONE & DOLAN LLP,    Attorneys for CPS Fee Company LLC,    26 Broadway,
                   New York, NY 10004-1831
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              EDI: IRS.COM Jun 06 2020 00:13:00      Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA   19101-7346
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jun 05 2020 20:04:29
                   New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                   Albany, NY   12205-0300
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:

```
              Bennette D. Kramer    on behalf of Creditor    CPS Fee Company LLC bdk@schlamstone.com
              J. Ted Donovan    on behalf of Debtor    Cherry Operating LLC TDonovan@GWFGlaw.com
              Richard Dolan    on behalf of Creditor    CPS Fee Company LLC rhd@schlamstone.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                              TOTAL: 4
```